

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-25-00078-CV

---

IN THE INTEREST OF C.K.S., A CHILD

---

On Appeal from the 123rd District Court
Panola County, Texas
Trial Court No. 2024-291

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Appellant, Nickolas G. Kjeldergaard, filed a pro se notice of appeal on September 2, 2025. The clerk's record was filed on September 29, 2025. The court reporter's record was filed on November 17, 2025. On November 6, 2025, we received a document that purported to be Kjeldergaard's appellate brief. On January 6, 2026, we sent Kjeldergaard a letter explaining that, for numerous reasons, the document we received was inadequate to serve as a brief because it did not meet the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. In our letter, we provided Kjeldergaard with a detailed explanation of why the document he provided to this Court failed to comply with Rule 38.1. We informed Kjeldergaard that if he did not file a brief that complied with Rule 38.1 by January 27, 2026, the appeal would be ripe for dismissal.

On February 2, 2026, Kjeldergaard provided this Court with a second document that we construed as his "corrected" brief. That document also failed to comply with the requirements of Rule 38.1. Because Kjeldergaard did not file a brief meeting the requirements of Rule 38.1, his appeal is ripe for dismissal.

2

Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8, 42.3; *see also Williams v. Johnson*, No. 10-02-00346-CV, 2003 WL 21361266 (Tex. App.—Waco June 4, 2003, pet. denied) (per curiam) (mem. op.).

Charles van Cleef
Justice

Date Submitted:     February 5, 2026
Date Decided:       February 6, 2026